IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**JOHN CHARLES SPRATLEY and JOSELYN WATERS**

\* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-17-bk-03977-JJT |
| Document No.: | 23 |
| Nature of Proceeding: | **Motion to Participate in Mortgage Modification Mediation Program** |

## ORDER GRANTING MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM

Upon consideration of Debtors' Motion to Participate in Mortgage Modification Mediation Program, and inasmuch as the mortgage creditor neither filed a Creditor Consent Form or an objection to participation under Local Bankruptcy Rule 9019-3(b)(2)(C), the mortgage creditor is deemed to have waived any objection to the Motion, **IT IS HEREBY**

**ORDERED** that Debtor's Motion is granted, and the Debtor and Shellpoint Mortgage Servicing as Servicer for HSBC Mortgage, are authorized to enter into the Mortgage Modification Mediation Program.

By the Court,

*/s/ John J. Thomas*

John J. Thomas, Bankruptcy Judge (CMP)

Date: January 30, 2018