## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Charles Spratley Jr. aka John Charles Spratley aka John Spratley | BK NO. 17-03977 RNO |
|       Joselyn Waters aka Joselyn Spratley aka Joselyn Waters-Spratley | Chapter 13 |
|                       Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan trust, Series 2005- HE4 Asset Backed Pass-Through Certificates, Series 2005-HE4 and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322