# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Spratley, John Charles Jr. | : | |
| Waters-Spratley, Joselyn | : | CASE NO.: 5:17-bk-03977 |
| | : | |
| Debtor. | : | CHAPTER 13 |

## CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION TO INCUR DEBT

The undersigned hereby certifies that, as of February 8, 2021, the undersigned has received no answer, objection or other responsive pleading to the Debtor's Motion to Incur Debt.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtor's Motion to Incur Debt appears thereon. Pursuant to Notice of Motion, objections to the Debtor's Motion to Incur Debt were to be filed and served before February 4, 2021.

It is hereby respectfully requested that the Order attached to this Certification be entered at the earliest convenience of the Court.

Date: <u>February 8, 2021</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
Attorney for Debtors