# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Spratley, John Charles Jr. : | |
| Waters-Spratley, Joselyn : | CASE NO.: 5:17-bk-03977 |
| : | |
| Debtor. : | CHAPTER 13 |

## ORDER

AND NOW upon consideration of the Debtor's Motion to Incur Debt and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that the Debtor is authorized to incur the debt to Veterans United Home Loans at the monthly payment of $2,668.00 for the duration of 360 months in order to purchase a residence.

Dated: February 10, 2021

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge  BI