UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: JOHN CHARLES SPRATLEY, JR.<br>  aka JOHN CHARLES SPARTLEY<br>  aka JOHN SPRATLEY and<br>JOSELYN WATERS<br>  aka JOSELYN SPRATLEY<br>  aka JOSELYN WATERS-SPRATLEY<br><br>    DEBTOR | NO.: 5:17-bk-03977-MJC<br>CHAPTER 13<br>JUDGE: MARK J. CONWAY |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 5th day of November, 2021

                                                Respectfully submitted,

                                                /s/ Joshua I. Goldman
                                                Joshua I. Goldman, Esq
                                                Tennessee Bar # 035733
                                                PADGETT LAW GROUP
                                                6267 Old Water Oak Road, Suite 203
                                                Tallahassee, FL 32312
                                                (850) 422-2520 (telephone)
                                                (850) 422-2567 (facsimile)
                                                josh.goldman@padgettlawgroup.com
                                                *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 5th of November 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 5:17-bk-03977-MJC)**

*DEBTORS*
JOHN CHARLES SPARTLEY, JR.
JOSELYN WATERS
P.O. BOX 308
ANALOMINK, PA 18320-0308

*ATTORNEY*
PATRICK JAMES BEST
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA 18360

*TRUSTEE*
JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101