IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

IN RE: JOHN CHARLES SPRATLEY, JR.
    AKA JOHN CHARLES SPRATLEY
    AKA JOHN SPRATLEY AND
    JOSELYN WATERS
    AKA JOSELYN SPRATLEY
    AKA JOSELYN WATERS- SPRATLEY
      DEBTORS.

CASE NO.: 5:17-bk-03977-MJC

CHAPTER 13

JUDGE: MARK J. CONWAY

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4
      MOVANT,

VS.
JOHN CHARLES SPRATLEY, JR. AND JOSELYN WATERS, DEBTORS AND
JACK N. ZAHAROPOULOS, TRUSTEE,
      RESPONDENTS,

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED APRIL 20, 2005

Mortgage Recorded on April 25, 2005, in Monroe County, PA, in Book 2223 at Page 219.

**Property Address:**
Box 198 Road 1 Cranberry Creek Road, Cresco, PA 18326

**Mortgage Servicer**
HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset-Backed Pass-Through Certificates, Series 2005-HE4

**Post Petition mailing address for Debtor to send payments:**

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
(800) 365-7107

**Mortgagor/Debtor:**

John Charles Spratley, Jr. and Joselyn Waters

**Payments are contractually due:**

Monthly X    Semi-Monthly ___    Bi-Weekly ___    Other ___

**Monthly Payment is comprised of:**
Principal & Interest    $2,586.32
Escrow                  $  902.88
Insurance               $    0.00
Late Charge             $    0.00
Other:                  $    0.00
**TOTAL**               $3,489.20

**POST-PETITION PAYMENTS** Petition was filed on September 26, 2017

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 36** as of 12/15/2021

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $111,880.69 as of 12/15/2021

Date: December 30, 2021

_Daniella Banks_
Mortgage Company

_Daniella Banks_
(Print Name and Title)
Bankruptcy Manager