# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# (WILKES-BARRE)

| | |
|---|---|
| IN RE: JOHN CHARLES SPRATLEY, JR.<br>    AKA JOHN CHARLES SPRATLEY<br>    AKA JOHN SPRATLEY AND<br>JOSELYN WATERS<br>    AKA JOSELYN SPRATLEY<br>    AKA JOSELYN WATERS-SPTRATELY<br>      DEBTORS. | CASE NO.: 5:17-bk-03977-MJC<br>CHAPTER 13<br>JUDGE: MARK J. CONWAY |

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4
      MOVANT,

VS.
JOHN CHARLES SPRATLEY, JR. AND JOSELYN WATERS, DEBTORS AND
JACK N. ZAHAROPOULOS, TRUSTEE,
      RESPONDENTS,

## CERTIFICATE OF NO OBJECTION TO MOTION FOR RELIEF FROM STAY (D.E. 56)

Movant, through counsel, hereby avers:

1. On December 23, 2021, HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset-Backed Pass-Through Certificates, Series 2005-HE4 filed the above-captioned Motion for Relief from Stay (D.E. 56).
2. On December 23, 2021, the Motion and Notice of Motion was served as stated in the Motion.
3. Pursuant to Local Bankruptcy Rule 9014, any response to the Motion was due no later than January 6, 2022.
4. As of this date, no objection has been filed to the Motion.

WHEREFORE, Movant prays that the Court enter an order granting the relief requested in the Motion.

**DATED** this 10th day of January 2022.

        Respectfully submitted,

        /s/ Joshua I. Goldman

        Joshua I. Goldman, Esq.
        Pennsylvania Bar #205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 10th day of January 2022:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 5:17-BK-03977-MJC)

DEBTOR
JOHN CHARLES SPRATLEY, JR.
P.O. BOX 308
ANALOMINK, PA 18320-0308

JOINT DEBTOR
JOHN CHARLES SPRATLEY, JR.
P.O. BOX 308
ANALOMINK, PA 18320-0308

ATTORNEY FOR DEBTOR
PATRICK JAMES BEST
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA 18360
570.424.6899
FAX : 484.544.8625
EMAIL: PATRICK@ARMLAWYERS.COM

TRUSTEE
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101