United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Charles Spratley, Jr.  
Joselyn Waters  
    Debtors

Case No. 17-03977-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 20, 2022      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John Charles Spratley, Jr., P.O. Box 308, Analomink, PA 18320-0308 |
| jdb |  | Joselyn Waters, P.O. Box 308, Analomink, PA 18320-0308 |
| 4972453 | # | Bangor Podiatry, 325 Blue Valley Dr, Bangor, PA 18013-1526 |
| 4972454 |  | Berkheimer Tax Administrator, P.O. Box 25143, Lehigh Valley, PA 18002-5143 |
| 4972455 |  | ConServe, P.O. Box 979111, St. Louis, MO 63197-9000 |
| 4972456 | + | HSBC Mortgage, P.O. Box 1231, Brandon, FL 33509-1231 |
| 4972458 |  | Kramer Sheds, Route 611 & Stodden Rd., Tannersville, PA 18372 |
| 4972460 |  | Newpennfin-shellpointm, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 4972449 |  | Spratley John & Joselyn, 436 Cranberry Creek Rd, Cresco, PA 18326-7715 |
| 4972464 | + | St. Lukes University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 4972465 |  | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 20 2022 22:43:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 20 2022 18:39:00 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, C/O Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |
| 4972450 |  | EDI: GMACFS.COM | Oct 20 2022 22:43:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5423729 | + | EDI: AISACG.COM | Oct 20 2022 22:43:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4975946 |  | EDI: GMACFS.COM | Oct 20 2022 22:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4972451 |  | EDI: GMACFS.COM | Oct 20 2022 22:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 4972452 |  | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2022 18:39:00 | American Medical Collection Agency, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 5444369 | + | Email/Text: bkecf@padgettlawgroup.com | Oct 20 2022 18:39:00 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 4972457 |  | EDI: IRS.COM | Oct 20 2022 22:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4972459 | | Email/Text: govtaudits@labcorp.com | Oct 20 2022 18:39:00 | Labortory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 4973098 | + | EDI: RECOVERYCORP.COM | Oct 20 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4972461 | | EDI: CBS7AVE | Oct 20 2022 22:43:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4972462 | | EDI: CBS7AVE | Oct 20 2022 22:43:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4972463 | | Email/Text: mtgbk@shellpointmtg.com | Oct 20 2022 18:39:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5024252 | | Email/Text: mtgbk@shellpointmtg.com | Oct 20 2022 18:39:00 | The Bank of New York Mellon fka The Bank of New, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5012788 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 20 2022 18:39:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4972466 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 20 2022 18:39:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 4972467 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 20 2022 18:39:00 | US Dept of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Ln, Madison, WI 53704-3121 |
| 4972468 | | EDI: VERIZONCOMB.COM | Oct 20 2022 22:43:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

**Name**          **Email Address**

| | |
|---|---|
| Heather Stacey Riloff | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Ace Securities Corp. Home Equity Loan trust, Series 2005- HE4 Asset Backed Pass-Through Certificates, Series 2005-HE4 bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSETBACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I Goldman | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I Goldman | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Ace Securities Corp. Home Equity Loan trust, Series 2005- HE4 Asset Backed Pass-Through Certificates, Series 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor HSBC BANK USA  N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Patrick James Best | on behalf of Debtor 1 John Charles Spratley  Jr. patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Joselyn Waters patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Charles Spratley Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2897<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | Joselyn Waters<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0222<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–03977–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Charles Spratley Jr.
aka John Charles Spratley, aka John Spratley

Joselyn Waters
aka Joselyn Spratley, aka Joselyn Waters–Spratley

**By the court:**

10/20/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**