United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03977-MJC |
| John Charles Spratley, Jr. | Chapter 13 |
| Joselyn Waters | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: fnldec | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John Charles Spratley, Jr., P.O. Box 308, Analomink, PA 18320-0308 |
| jdb | | Joselyn Waters, P.O. Box 308, Analomink, PA 18320-0308 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Stacey Riloff | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Ace Securities Corp. Home Equity Loan trust, Series 2005- HE4 Asset Backed Pass-Through Certificates, Series 2005-HE4 bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME |

EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Joshua I Goldman

on behalf of Creditor HSBC Bank USA National Association, as Trustee for Ace Securities Corp. Home Equity Loan trust, Series 2005- HE4 Asset Backed Pass-Through Certificates, Series 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Joshua I Goldman

on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSETBACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Matthew Christian Waldt

on behalf of Creditor HSBC BANK USA N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Patrick James Best

on behalf of Debtor 2 Joselyn Waters patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best

on behalf of Debtor 1 John Charles Spratley Jr. patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Regina Cohen

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Charles Spratley Jr., aka John Charles Spratley, aka John Spratley, | Chapter 13 |
| **Debtor 1** | Case No. 5:17−bk−03977−MJC |
| Joselyn Waters, aka Joselyn Spratley, aka Joselyn Waters−Spratley, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−2897    xxx−xx−0222

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 10, 2023

**fnldec** (01/22)